**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ARCHETYPES, INC.,[1] | Case No. 13-12874 (CSS) |
| Debtor. | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 26, 2013 AT 11:30 A.M.[3]**

### I. Uncontested Matters Going Forward

1. Debtor's Motion For Interim and Final Orders Authorizing Debtor To Continue Use Of Its Cash Management System, Existing Bank Accounts and Business Forms. [Docket No. 4 - filed November 1, 2013].

   Response/Objection Deadline: November 21, 2013 at 4:00 p.m.

   Responses/Objections Received: None to date.

   Related Documents:

   i. Interim Order Authorizing Debtor to Continue Use Of Its Cash Management System, Existing Bank Accounts and Business Forms [Docket No. 29 - entered November 8, 2013].

   ii. Notice of (A) Entry of "Interim Order Authorizing Debtor to Continue Use of Its Cash Management System, Existing Bank Accounts and Business Forms" and (B) Scheduling a Final Hearing Thereon [Docket No. 36 - filed November 12, 2013].

   **iii. Notice of Filing of Proposed Final Order Authorizing Debtor To Continue Use Of Its Cash Management System, Existing Bank Accounts and Business Forms. [Docket No. 76 - filed November 25, 2013].**

   **iv. Proposed Final Order.**

---

[1] The last four digits of the Debtor's federal tax identification number are 0332. The Debtor's headquarters and mailing address is 1441 Broadway, 3rd Floor, Suite 3001 & 3002, New York, NY 10018.

[2] **Amended Agenda items appear in bold**.

[3] Any party who wishes to appear telephonically at the November 26, 2013 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (Eastern Daylight Time) on Monday, November 25, 2013, pursuant to the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009. All pleadings referenced herein are available online through the Bankruptcy Court's PACER system at www.deb.uscourts.gov.

**Status: The hearing regarding this matter is going forward.**

2. Debtor's Motion For Interim and Final Orders (I) Authorizing Payment Of Pre-Petition Wages, Compensation, Employee Benefits, Expense Reimbursement and Related Items, and The Continuation Of Certain Employment Policies In The Ordinary Course, and (II) Authorizing and Directing Applicable Banks To Honor and Pay All Checks and Payment Requests With Respect Thereto.  [Docket No. 5 - filed November 1, 2013].

    Response/Objection Deadline: November 21, 2013 at 4:00 p.m.

    Responses/Objections Received: None to date.

    Related Documents:

    i. Interim Order (I) Authorizing Payment of Pre-Petition Wages, Compensation, Employee Benefits, Expense Reimbursement and Related Items, and The Continuation of Certain Employment Policies in the Ordinary Course, and (II) Authorizing and Directing Applicable Banks to Honor and Pay All Checks and Payment Requests With Respect Thereto [Docket No. 30 - entered November 8, 2013].

    ii. Notice of (A) Entry of "Interim Order (I) Authorizing Payment of Pre-Petition Wages, Compensation, Employee Benefits, Expense Reimbursement and Related Items, and The Continuation of Certain Employment Policies in the Ordinary Course, and (II) Authorizing and Directing Applicable Banks to Honor and Pay All Checks and Payment Requests With Respect Thereto" and (B) Scheduling a Final Hearing Thereon [Docket No. 37 - filed November 12, 2013].

    iii. **Notice of Filing of Proposed Final Order (I) Authorizing Payment Of Pre-Petition Wages, Compensation, Employee Benefits, Expense Reimbursement and Related Items, and The Continuation Of Certain Employment Policies In The Ordinary Course, and (II) Authorizing and Directing Applicable Banks To Honor and Pay All Checks and Payment Requests With Respect Thereto.  [Docket No. 77 - filed November 12, 2013].**

    iv. **Proposed Final Order**

    **Status: The hearing regarding this matter is going forward**.

3. Motion Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006 for an Order (I) Authorizing the Debtor to Reject Nonresidential Real Property Lease as of the Petition Date and (II) Establishing Bar Date for Lease Rejection Claim [Docket No. 65 - filed November 21, 2013].

    Response/Objection Deadline: November 26, 2013 at 11:30 a.m.

    Responses/Objections Received: None to date.

Related Documents:

A. Motion Requesting an Order Shortening Notice Period For and Scheduling Expedited Hearing on Debtor's Motion Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006 for an Order (I) Authorizing the Debtor to Reject Nonresidential Real Property Lease as of the Petition Date and (II) Establishing Bar Date for Lease Rejection Claim [Docket No. 66 - filed November 21, 2013].

B. Order Shortening Notice Period For and Scheduling Expedited Hearing on Debtor's Motion Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006 for an Order (I) Authorizing the Debtor to Reject Nonresidential Real Property Lease as of the Petition Date and (II) Establishing Bar Date for Lease Rejection Claim [Docket No. 68 - entered November 21, 2013].

Status: The hearing regarding this matter is going forward.

II. **Contested Matters Going Forward**

4. Debtor's Motion for Entry of Interim And Final Orders Pursuant To 11 U.S.C Sections 105, 361, 362, and 364 and Rules 2002, 4001, and 9014 Of The Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules 2002-1 and 4001-2 (1) Authorizing Incurrence By The Debtor Of Post-Petition Secured Indebtedness With Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral By The Debtor and Providing For Adequate Protection, (4) Modifying The Automatic Stay, and (5) Scheduling a Final Hearing [Docket No. 3 - filed November 1, 2013].

Response/Objection Deadline: November 21, 2013 at 4:00 p.m.

Responses/Objections Received:

A. Gregory Messer, Chapter 7 Trustee of the Estates of Revolate Holdings LLC, et al. (I) Omnibus Objection to (A) Debtor's Motion for Approval of a Debtor in Possession Loan Agreement, and (B) Debtor's Motion for an Order Approving Procedures in Connection with the Proposed Sale of All the Debtor's Assets, and the Stalking Horse Protections, and Seeking Related Relief; and (II) Preliminary Objection of the Trustee to the Proposed Sale [Docket No. 67 - filed November 21, 2013].

Related Documents:

i. Interim Order (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims, (IV) Granting Adequate Protection to the Prepetition Lenders and (V) Scheduling a Final Hearing on the Debtor's Motion to Incur Such Financing on a Permanent Basis [Docket No. 33 - entered November 8, 2013].

    ii.    Notice of (A) Entry of "Interim Order (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims, (IV) Granting Adequate Protection to the Prepetition Lenders and (V) Scheduling a Final Hearing on the Debtor's Motion to Incur Such Financing on a Permanent Basis," and (B) Scheduling a Final Hearing Thereon [Docket No. 35 - filed November 12, 2013].

    iii.    **Notice Of Filing Of Proposed Postpetition Financing Budget.  [Docket No. 72 - filed November 22, 2013]**.

    iv.    **Notice Of Filing Proposed Postpetition Financing Documents.  [Docket No. 73 - filed November 22, 2013]**.

    v.    **Notice of Filing of Proposed Final Order Pursuant To 11 U.S.C. Sections 105, 361, 362, and 364 and Rules 2002, 4001 and 9014 Of The Federal Rules Of Bankruptcy Procedure and Local Bankruptcy Rules 2002-1 and 4001-2 (1) Authorizing Incurrence By The Debtor Of Post-Petition Secured Indebtedness With Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use Of Cash Collateral By The Debtor and Providing For Adequate Protection, (4) Modifying The Automatic Stay, and (5) Scheduling A Final Hearing.  [Docket No. 75 - filed November 25, 2013]**.

    vi.    **Proposed Final Order.**

    vii.    **Declaration of Grant Lyon in Support of (A) Debtors Motion for Approval of Debtor in Possession Loan Agreement and (B) Debtors Motion for an Order Approving Procedures in Connection With the Proposed Sale of All of The Debtors Assets, and the Stalking Horse Protections.  [Docket No. 78 - filed November 25, 2013]**.

    viii.    **Supplemental Declaration of Thomas L. Gallagher in Support of Chapter 11 Petition and First Day Motions**.  **[Docket No. 79 - filed November 25, 2013]**.

    <u>**Status:**</u>  **The hearing regarding this matter is going forward**.

5. Motion of the Debtor and Debtor-in-Possession Pursuant to Section 105(a), 363 and 365 of the Bankruptcy Code for an Order (i)(a) Approving Procedures in Connection With the Sale of Substantially all of the Debtor's Assets; (b) Approving the Stalking Horse Protections; (c) Scheduling Related Auction and Hearing to Consider Approval of Sale; (d) Approving Procedures Related to the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases; (e) Approving the Form and Manner of Notice Thereof ; and (f) Granting Related Relief; and (ii)(a) Authorizing the Sale of Substantially All the Debtor's Assets Pursuant to the Successful Bidder's Asset Purchase Agreement Free and Clear of Liens, Claims, Encumbrances, and Other Interests (b) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (c) Granting Related Relief [Docket No. 14 - filed November 4, 2013].

    Response/Objection Deadline: November 21, 2013 at 4:00 p.m.

    Responses/Objections Received: Informal comments from the U.S. Trustee.

    A. Gregory Messer, Chapter 7 Trustee of the Estates of Revolate Holdings LLC, et al. (I) Omnibus Objection to (A) Debtor's Motion for Approval of a Debtor in Possession Loan Agreement, and (B) Debtor's Motion for an Order Approving Procedures in Connection with the Proposed Sale of All the Debtor's Assets, and the Stalking Horse Protections, and Seeking Related Relief; and (II) Preliminary Objection of the Trustee to the Proposed Sale [Docket No. 67 - filed November 21, 2013].

    Related Documents:

    i.   Notice of Motion and Hearing [Docket No. 40 - filed November 12, 2013].

    ii.  **Declaration of Grant Lyon in Support of (A) Debtors Motion for Approval of Debtor in Possession Loan Agreement and (B) Debtors Motion for an Order Approving Procedures in Connection With the Proposed Sale of All of The Debtors Assets, and the Stalking Horse Protections.  [Docket No. 78 - filed November 25, 2013]**.

    Status: The Debtor will provide the Court with a revised proposed form of final order reflecting informal comments from the U.S. Trustee at the November 26, 2013 hearing. The hearing regarding this matter is going forward.

| | |
|---|---|
| **Dated:  November 25, 2013** | **DORSEY & WHITNEY (DELAWARE) LLP** |

/s/  Robert W. Mallard
Eric Lopez Schnabel (DE Bar No. 3672)
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail:  schnabel.eric@dorsey.com
            mallard.robert@dorsey.com
            glorioso.alessandra@dorsey.com

**DORSEY & WHITNEY LLP**
John Walshe Murray (CA Bar No. 74823)
(admitted *pro hac vice*)
Stephen O'Neill (CA Bar No. 115132)
(admitted *pro hac vice*)
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Emails:  murray.john@dorsey.com
            oneill.stephen@dorsey.com

*Attorneys for Archetypes, Inc.*