**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ARCHETYPES, INC.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 13-12874 (CSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 9, 2013 AT 2:00 P.M. [1]**

I. **Uncontested Matter with Certification of No Objection**

1. Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 50 - filed November 18, 2013]

   Response/Objection Deadline:  December 2, 2013 at 4:00 p.m. (ET)

   Responses/Objections Received: None to date.

   Related Documents:

   i.   Notice of Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 51 - filed November 18, 2013]

   ii.  Certificate of No Objection Regarding Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 95 - filed December 5, 2013]

   iii. Proposed Form of Order

   Status: On December 5, 2013, the Debtor filed a certification of no objection regarding this matter.  Accordingly, a hearing on this matter is required only to the extent the Court has any questions or concerns.

---

[1] The hearing will be before The Honorable Christopher S. Sontchi of the United States Bankruptcy Court for the District of Delaware.  Any party who wishes to appear at such hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (Eastern Daylight Time) on Friday, December 6, pursuant to the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.  All pleadings referenced herein are available online through the Bankruptcy Court's PACER system at www.deb.uscourts.gov.

**II.     Matter with Certification of Counsel**

2. Debtor's Application for Order Authorizing and Approving the Employment and Retention of Odyssey Capital Group, LLC as Investment Banker Nunc Pro Tunc to the Petition Date and Waiving the Requirements of Local Rule 2016-2(d) [Docket No. 26 - filed November 7, 2013]

   Response/Objection Deadline: December 2, 2013 at 4:00 p.m. (ET)

   Responses/Objections Received: Informal comments from the U.S. Trustee

   Related Documents:

   i.   Notice of Application [Docket No. 45 - filed November 15, 2013]

   ii.  Certification of Counsel Regarding Debtor's Application for Order Authorizing and Approving the Employment and Retention of Odyssey Capital Group, LLC as Investment Banker Nunc Pro Tunc to the Petition Date and Waiving the Requirements of Local Rule 2016-2(d) [Docket No. 96 - filed December 5, 2013]

   iii. Proposed Form of Order

   Status: On December 5, 2013, the Debtor filed a certification of counsel regarding this matter. Accordingly, a hearing on this matter is required only to the extent the Court has any questions or concerns.

**III.    Contested Matter Going Forward**

3. Debtor's Application to Employ and Retain Dorsey & Whitney LLP as Bankruptcy Counsel to Debtor and Debtor in Possession Pursuant to Sections 327(a), 328, 330, 331 and 1107(b) of the Bankruptcy Code Nunc Pro Tunc to the Petition Date [Docket No. 43 - filed November 15, 2013]

   Response/Objection Deadline: December 2, 2013 at 4:00 p.m. (ET); deadline extended by Debtor to December 6, 2013 at 12:00 p.m. (ET) for Gregory Messer, Chapter 7 Trustee of the Estates of Revolate Holdings LLC.

   Responses/Objections Received: Informal response by Gregory Messer, Chapter 7 Trustee of the Estates of Revolate Holdings, LLC, et al.

   Related Documents:

   i.   Notice of Application [Docket No. 44 - filed November 15, 2013]

   ii.  Proposed Form of Order

   Status: The parties are involved in discussions that may resolve this matter. To the extent no agreement is reached, then this matter is going forward, and the Debtor will file an amended agenda as needed.

| | |
|---|---|
| **Dated: December 5, 2013** | **DORSEY & WHITNEY (DELAWARE) LLP** |
| | |
| | /s/  Robert W. Mallard |
| | Eric Lopez Schnabel (DE Bar No. 3672) |
| | Robert W. Mallard (DE Bar No. 4279) |
| | Alessandra Glorioso (DE Bar No. 5757) |
| | 300 Delaware Avenue, Suite 1010 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 425-7171 |
| | Facsimile: (302) 425-7177 |
| | E-mail:  schnabel.eric@dorsey.com |
| | mallard.robert@dorsey.com |
| | glorioso.alessandra@dorsey.com |

**DORSEY & WHITNEY LLP**
John Walshe Murray (CA Bar No. 74823)
(admitted *pro hac vice*)
Stephen O'Neill (CA Bar No. 115132)
(admitted *pro hac vice*)
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Emails:  murray.john@dorsey.com
          oneill.stephen@dorsey.com

*Attorneys for Archetypes, Inc.*