IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AI LIQUIDATION COMPANY,[1] | Case No. 13-12874 (CSS) |
| Debtor. | Ref. No. 153 |

## ORDER DISMISSING THE DEBTOR'S CHAPTER 11 CASE

Upon the motion (the "**Motion**")[2] of AI Liquidation Company, the debtor and debtor-in-possession (the "**Debtor**") in the above-captioned chapter 11 case (the "**Chapter 11 Case**"), for entry of an order dismissing the Debtor's Chapter 11 Case; and after due deliberation, the Court finding that (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) good and sufficient notice of the Motion has been provided under the circumstances and no other or further notice is necessary, and (d) sufficient cause exists to grant the relief requested in the Motion; accordingly,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted, as set forth herein.

2. Pursuant to sections 105(a) and 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017(a), the Debtor's Chapter 11 Case is hereby dismissed, effective as of ~~March~~ 2/28, 2014 (the "**Dismissal Date**").

3. Nothing herein shall prevent the Debtor from paying, subsequent to the dismissal of the Chapter 11 Case, invoices for professional services incurred during the course of the Chapter 11 Case.

---

[1] The last four digits of the Debtor's federal tax identification number are 3325. The Debtor's headquarters and mailing address is 1441 Broadway, 3rd Floor, Suites 3001 & 3002, New York, NY 10018.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4.      All fees due and payable pursuant to section 1930 of Title 28 of the United States Code prior to the Dismissal Date shall be paid by the Debtor within thirty (30) days of the entry of this Order.

5.      Notwithstanding section 349 of the Bankruptcy Code, all final orders entered in the Debtor's Chapter 11 Case prior to the Dismissal Date shall survive and remain effective after such date.

Dated: _____February 28_____, 2014
Wilmington, Delaware

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge